United States Courts
Southern District of Texas
ENTERED

FEB 0 5 2004

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SUPERBAG CORP. | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. H-03-3158 |
| | § | |
| v. | § | |
| | § | |
| ADVANCE POLYBAG, INC., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

### AGREED FINAL JUDGMENT

The Court, having been advised that the parties have agreed to the following, hereby ORDERS as follows:

This action is hereby dismissed with prejudice, with each party to bear its costs and attorney's fees. This action is hereby closed. Any relief not expressly granted herein is hereby denied. This is a final judgment.

SIGNED at Houston, Texas on this 3rd day of February, 2004.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

SO AGREED:

Superbag Corp.,
Plaintiff

Steven R. Borgman
Stephen S. Hodgson
VINSON & ELKINS L.L.P.
2300 First City Tower
1001 Fannin Street
Houston, TX 77002-6760
Phone: (713) 758-2002
Facsimile: (713) 615-5758

Advance Polybag, Inc.,
Defendant

Joseph J. Zito
Zito TLP
26005 Ridge Road, Suite 203
Damascus, Maryland 20872
Phone: (301) 601-5010
Facsimile: (301) 482-0779

1482620_1.DOC

